## IPP International U.G. Declaration Exhibit A
## File Hashes for IP Address 108.238.167.54

**ISP:** AT&T Internet Services
**Physical Location:** Lansing, MI

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 09/16/2017 01:15:20 | 507D295A735F5464F4C3DB79DC495B3077D31578 | Piano Concerto |
| 07/30/2017 18:42:01 | 9A90BB3B08FBC81CF4CB979FCFB35A4FE35A755B | Sex For Three By The Sea |
| 02/26/2017 17:38:54 | 4D57F2EA0B1116899522EF08611BEC9F3A3B297B | Sexy In The City |
| 01/09/2017 00:24:27 | FBBFFA336DF8727A7E1CE300DC5CA127A658AC83 | New Year Bang |
| 10/23/2016 13:26:08 | D6447DA58D2069CCBF3E9ED95E99340CF90CCD9A | Cum For A Ride |
| 09/30/2016 19:29:47 | B47850AAF61B608B3E7BDFBC795D29C4A7D8691C | Return of the Pussy Cat Burglar |
| 09/25/2016 20:58:56 | D23F5BB23B142E729AE80408D2613638C44E1E60 | Shes A Spinner |
| 09/18/2016 15:42:42 | 1D7F77503ECAEB0394329781D7BFC3F76D16326D | Caprice Swaps Cocks |
| 09/06/2016 15:10:56 | 914F86188E3EF87DE6558D943E850797B4AF845D | Pussy Cat Burglar |
| 07/31/2016 14:58:16 | 9F6418E7437A3A1C7027BB6F67E66DBC99E9A14F | The Call Girl |
| 07/11/2016 00:51:52 | 2D977CF21E6554D14D2FCAF8763E43CA6636E264 | Luckiest Man Alive |
| 12/09/2015 23:17:04 | 09991A767E6D7A74336DB34CF9065D7AD49280E8 | A Fucking Picnic |
| 10/21/2015 18:43:29 | 7BD7EE3B8459733758DDF27595FB74EE40455BC9 | In Love With Little Caprice |
| 08/09/2015 13:35:21 | 8804928FE8C7D028F95189478E180611B4ABB1BF | A Fucking Hot Threesome |
| 03/13/2015 02:13:39 | 81EC95CD5299389B06D269AF7B6AC03FCC2C6536 | Cum Worthy |

**Total Statutory Claims Against Defendant: 15**

EXHIBIT A

NWMI103