# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT MICHIGAN

| | |
|---|---|
| MALIBU MEDIA, LLC,              ) | |
|                                 ) | |
|     Plaintiff,                  ) | Civil Action Case No.1:18-cv-00119-RJJ-PJG |
|                                 ) | |
| v.                              ) | |
|                                 ) | |
| JASON WATERBURY                 ) | |
|                                 ) | |
|     Defendant.                  ) | |
|                                 ) | |

## PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE [CM/ECF 16]

Plaintiff, Malibu Media, LLC, by and through counsel, responds to this Court's Order directing Plaintiff to show cause why this case should not be dismissed for failure to prosecute [CM/ECF 16]. In support hereof, Plaintiff states:

1. This is a copyright infringement case initially filed against a John Doe Defendant known to Plaintiff only by an IP address.

2. Plaintiff and Defendant have reached a settlement in this matter.

3. Plaintiff is, contemporaneously to this response, filing a Notice of Dismissal with Prejudice.

Dated: July 26, 2018        Respectfully submitted,

By:    /s/ *Joel A. Bernier*
Joel A. Bernier, Esp. (P74226)
49139 Schoenherr Road
Shelby Township, MI 48315
Tel: (586) 991-7611
Fax: (586) 991-7612
Email: Bbclawgroup@gmail.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

     I hereby certify that on July 26, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Joel A. Bernier*