UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT MICHIGAN

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
|     Plaintiff, | ) Civil Action Case No.18-cv-00119 |
| v. | ) |
| JASON WATERBURY | ) |
|     Defendant. | ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
<u>WITH PREJUDICE OF JASON WATERBURY</u>**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant") through his counsel. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: August 3, 2018      Respectfully submitted,

By:    /s/ *Joel A. Bernier*
Joel A. Bernier, Esp. (P74226)
49139 Schoenherr Road
Shelby Township, MI 48315
Tel: (586) 991-7611
Fax: (586) 991-7612
Email: Bbclawgroup@gmail.com
*Attorneys for Plaintiff*

1

2

## **CERTIFICATE OF SERVICE**

  I hereby certify that on August 3, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                 By: /s/ *Joel A. Bernier*